# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

NATHAN BRINTON,

    *Plaintiff-Appellant*,

v.

VIVINT, INC.,

    *Defendant-Appellee*.

Civil Appeal No. 24-5240

## MOTION FOR EXTENSION OF
## TIME TO FILE OPENING BRIEF

Pursuant to Federal Rules of Appellate Procedure 2, 26, and 27, and to Ninth Circuit Rule 31-2.2, Appellant hereby moves for and respectfully requests an extension of time to file his opening brief by **45 days**, up to and including **Monday, February 3, 2025**. Extraordinary and compelling reasons justify this requested extension:

In addition to the reasons raised before in the earlier extension request, there have been significant unexpected demands upon Appellant's counsel; work that turned out to be far more complex that understood; and Appellant's counsel needs more time due to the Holidays.

Beyond that, this Motion reiterates the rationales pointed out before because they remain in place and continue to affect the timeframe:

1

1. *Counsel Unavailability*: Appellant is represented by a nonprofit firm which had only two full-time lawyers, who were the only counsel reasonably available to work on this appeal. One of the counsel had been dealing with recurrent health issues that crippled his ability to work, a major health issue by his spouse, a terminal health issue in the family, and other major situations. This counsel has had to leave the nonprofit and practice of law to attend to these matters. This counsel's personal situation—and sheer difficulties in attending to them—have been crippling to the nonprofit. This appeal was undertaken on the understanding that this counsel would be able to contribute to this appeal, but he is no longer able to do so and his personal situation has left the remaining counsel, the undersigned, the only appellate counsel able to work on the issue. Since it became clear that this counsel will need to be leave the firm (and the practice of law entirely for at least some time) to attend to urgent familial matters, the undersigned has been working as hard as he can dramatically shift the practice and downsize it, but the effect of these health issues for the remaining counsel has been to more than double his workload and profoundly upset expectations as to how work would be completed.

2. *Reciprocal Collegialities*: The nonprofit counsel who represents appellant has never opposed an extension request in any forum for any reason and I regularly offer our opposing counsel more time than they ask—both out of

2

professional courtesy for fellow members of the bar and out of a strong belief that it's important to allow counsel the time to develop and refine their analysis, in the view that this benefits the Court as well.

Date: December 20, 2024  Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

*Attorney for Appellant*

## 9TH CIR. RULE 31-2.2(b) DECLARATION OF COUNSEL

I, Andrew Grimm, counsel for Appellant, hereby declare and attest to the following:

(1)     *Current Deadline*:  Dec. 20, 2024.

(2)     *Original Deadline*: Oct. 7, 2024.

(3)     *Length of Extension*: 45 days.

(4)     *Reasons for Extension*:  Stated above and re-incorporated here.

(5)     *Representation of Diligence*: I believe that I have exercised reasonable diligence in the prosecution of this appeal.

(6)     *Position of Other Parties*: Unsure.

(7)     *Transcript Status*: The court reporter is not in default with respect to any transcripts.

(8)     *Reciprocity of Counsel*: Neither the undersigned nor any counsel at the DIGITAL JUSTICE FOUNDATION has ever opposed an extension request by an opposing counsel in any form.  As a matter of our nonprofit practice, we maintain a policy and practice of offering additional time—beyond the time requested—to opposing

4

counsel as a matter of professionalism, courtesy, and in the interest of matters being decided on the merits.

I hereby declare that the above statements that I made in this Declaration are true to the best of my knowledge and belief, and that I understand that these statements are made for use in a court proceeding and are subject to penalty for perjury.

Date: December 20, 2024               Respectfully submitted,

                                      */s/ Andrew Grimm*
                                      Andrew Grimm

## CERTIFICATE OF COMPLIANCE

This filing contains **758** words.

This filing was prepared in Microsoft Word using Times New Roman 14-point font.

Date: December 20, 2024            Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Date: December 20, 2024            Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm