UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 7 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATHAN BRINTON,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>VIVINT, INC. and JOHN DOES 1-10, Inclusive,<br><br>    Defendants - Appellees. | No. 24-5240<br><br>D.C. No.<br>3:23-cv-06105-TMC<br>Western District of Washington, Tacoma<br><br>ORDER |

Appellant did not file the opening brief by the due date. This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT